___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUN 12 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Magistrate Judge Brian A. Tsuchida

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHELLE RENEE HUGHES,<br><br>a/k/a Jose Trinidad<br>a/k/a Steven Carey<br>a/k/a Alex Anderson<br>a/k/a J.M.<br>a/k/a A.E.<br><br>Defendant. | CASE NO. MJ19-256<br><br>COMPLAINT for VIOLATION<br><br>18 U.S.C. § 1001(a)(2)<br><br>18 U.S.C. § 1028A |

BEFORE the Honorable Brian A. Tsuchida, United States Magistrate Judge, Seattle, Washington,

The undersigned complainant, being duly sworn alleges:

## COUNT ONE
### (False Statements)

On or between February 25, 2019 and March 5, 2019, within the Western District of Washington, MICHELLE R. HUGHES, willfully and knowingly made materially false, fictitious, and fraudulent statements and representations on a form that was a matter within the jurisdiction of the Federal Aviation Administration, an agency of the executive

U.S. v. Hughes;
COMPLAINT- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

branch of the Government of the United States, to wit: his representations on Form 8050-1 dated February 25, 2019 that MICHELLE R. HUGHES is the owner of a Piper PA-44-180T airplane bearing serial number 44-8107055.

All in violation of Title 18, United States Code, Section 1001.

## COUNT TWO
### (Aggravated Identity Theft)

On or between February 25, 2019 and March 5, 2019, within the Western District of Washington, MICHELLE R. HUGHES, knowingly used, without lawful authority, a means of identification of another person, to wit: the name and purported signature of J.M., a real person, during and in relation to felonies listed in Title 18, United States Code, Section 1028A(c), to wit: False Statements in violation of Title 18 United States Code 1001, as charged in Count 1 herein.

All in violation of Title 18, United States Code, Section 1028A.

## COUNT THREE
### (False Statements)

On or between April 26, 2019 and May 3, 2019, within the Western District of Washington, MICHELLE R. HUGHES willfully and knowingly made materially false, fictitious, and fraudulent statements and representations on a form that was a matter within the jurisdiction of the Federal Aviation Administration, an agency of the executive branch of the Government of the United States, to wit: his representations on Form 8050-1 dated April 16, 2019 that MICHELLE R. Hughes is the owner of a Cessna 510 airplane bearing serial number 510-0095.

All in violation of Title 18, United States Code, Section 1001.

U.S. v. Hughes;
COMPLAINT- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT FOUR
### (Aggravated Identity Theft)

On or about between April 26, 2019 and May 3, 2019, within the Western District of Washington, MICHELLE R. HUGHES knowingly used without lawful authority a means of identification of another person, to wit: the name and purported signature of A.E., a real person, during and in relation to felonies listed in Title 18, United States Code, Section 1028A, to wit: False Statements in violation of Title 18 United States Code 1001, as charged in Count 3 herein.

All in violation of Title 18, United States Code, Sections 1028A.

**The undersigned, Ly Tran, complainant being duly sworn, states:**

1. I am a Special Agent with Homeland Security Investigations (HSI) currently assigned to the Border Enforcement Security Task Force in Seattle, Washington. I have been employed by HSI, formerly known as Immigration and Customs Enforcement, since May 2005. Prior to my employment with HSI, I was a Parole Officer for the State of Washington Department of Corrections for approximately four years.

2. I have completed the Criminal Investigators Training Program and Immigration and Customs Enforcement Special Agent Training at the Federal Law Enforcement Training Center in Glynco, Georgia. I have also completed the Drug Enforcement Administration Basic Drug Enforcement Training. I am familiar with investigations of drug trafficking organizations, methods of importation and exportation, distribution and smuggling of controlled substances, and financial and money laundering investigations. I have participated in numerous investigations involving organizations trafficking in controlled substances, including, ecstasy, marijuana, and cocaine which, have resulted in the arrest of drug traffickers and seizures of controlled substances and currency. I have participated in the execution of search warrants for controlled substances; and have personally been involved in the seizures of controlled substances.

U.S. v. Hughes;
COMPLAINT- 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Additionally, I have participated in investigations involving human trafficking, financial crimes, murder for hire, and cybercrimes.

## PURPOSE OF AFFIDAVIT

3. This affidavit is submitted in support of a criminal complaint and arrest warrant charging that from on or about February 25, 2019 through May 3, 2019 in the Western District of Washington, MICHELLE R. HUGHES, knowingly and willfully violated Title 18, United States Code, Section 1001-- False Statements and knowingly violated Title 18, United States Code, Section 1028A – Aggravated Identity Theft.

## SUMMARY OF INVESTIGATION

### Piper Seminole Aircraft

4. On May 10, 2019, I received information from United States Department of Transportation (USDOT) – Federal Aviation Administration (FAA) that an individual identified as MICHELLE R. HUGHES submitted an aircraft Bill of Sale to the Washington State Department of Transportation (WSDOT) - Aviation Division. WSDOT then contacted the previous owner of the aircraft, J.M., to confirm cancellation of J.M.'s Washington State aircraft registration. Mr. McMahon stated he did not sell his aircraft. WSDOT then contacted the FAA and provided the FAA with a Bill of Sale submitted by MICHELLE R. HUGHES. According to the FAA, MICHELLE R. HUGHES also submitted forged documents to the FAA Aircraft Registry to include a: Bill of Sale containing Mr. McMahon's forged signature and an Aircraft Registration form listing MICHELLE R. HUGHES as the new owner of the aircraft.

5. Law enforcement record checks revealed MICHELLE R. HUGHES has prior convictions for numerous fraud charges. In 2011, MICHELLE R. HUGHES, using the aliases a/k/a CHRIS LEIGH ZALER, a/k/a JOSE TRINIDAD GONZALES, a/k/a

U.S. v. Hughes;
COMPLAINT- 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

ALEX LEIGH ANDERSON, a/k/a STEVEN DAVID CAREY, and a/k/a A.N.A[1]., was arrested and convicted in the Western District of Washington Court for violations of 18 USC 1542 – False Statements in Application for Passport, and 18 USC 1028A – Aggravated Identity Theft. A criminal history check shows that MICHELLE R. HUGHES was convicted in Washington State and North Carolina for forgery and identity theft.

6. Upon reviewing the documents I received from the FAA, I learned the following: On February 25, 2019, an Aircraft Bill of Sale, Form Number 8060-2, Federal Aviation Administration - Department of Transportation was filed. The form listed MICHELLE R. HUGHES as the "purchaser" with the address 153 SW 332nd Pl, Apt 3106, Federal Way, WA 98023. The form listed J.M. as the "seller" of the aircraft. The aircraft was listed as a Piper model number PA-44-18OT, serial number 44-8107055, tail number N8377L. The purchase price for the aircraft was listed as $115,000.00 USD. The form was received/filed with the FAA on March 05, 2019.

7. Also on February 25, 2019, an Aircraft Registration Application, Form Number 8050-1, Federal Aviation Administration - Department of Transportation was filed. On the form, MICHELLE R. HUGHES is listed as the owner of the aircraft Piper PA-44-18OT, serial number 44-8107055, tail number N8377L. MICHELLE R. HUGHES reported an address of 153 SW 332nd Pl, Apt 3106, Federal Way, WA 98023. The form contained the following jurat: "I hereby certify that the information provided herein and in any attachments to the application for aircraft registration is true, accurate and correct to the best of my knowledge and belief. I understand that the information provided by me will be relied on by the FAA administrator in his/her determination of qualification for aircraft registration. I understand that whoever, in any matter within the jurisdiction of any department or agency of the United States, knowingly and willfully falsifies, conceals or covers up (buy any trick, scheme or device) a material fact or who

---

[1] A.N.A. was an alias used by HUGHES from a prior fraud scheme.

U.S. v. Hughes;
COMPLAINT- 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

makes any false, misleading or fraudulent statements or representations or entry, may be fined up to $250,000 or imprisoned not more than five (5) years or both (18 U.S.C. Section 1001 and 3571). I understand that should I intentionally provide any inaccurate or false information, registration of the subject aircraft may be revoked." A signature of Michelle R. Hughes appears in box 1 underneath the jurat with a sign date of February 25, 2009.

8. It appeared that the Aircraft Bill of Sale and Aircraft Registration Application forms, both filled out on February 25, 2019, were mailed together to the FAA Aircraft Registration Branch, P.O. Box 25504, Oklahoma City, OK, 73125. The date the envelope was mailed is illegible. The sender's name and address are typewritten on the envelope as "Ms. Michelle Hughes, 702 South 14 Street, Tacoma, WA, 98495." A Google search revealed this address is a nativity house/homeless shelter. The FAA received and then filed the forms on March 5, 2019

9. On March 14, 2019, an Aircraft Registration Application, Form Number 8050-1, Federal Aviation Administration - Department of Transportation was filed. On the form, MICHELLE R. HUGHES is listed as the owner of the aircraft Piper PA-44-18OT, serial number 44-8107055, tail number N8377L. MICHELLE R. HUGHES reported an address of 153 SW 332nd Pl, Apt 3106, Federal Way, WA 98023 and a telephone number of (206) 479 0256. The form contained the following jurat: "I hereby certify that the information provided herein and in any attachments to the application for aircraft registration is true, accurate and correct to the best of my knowledge and belief. I understand that the information provided by me will be relied on by the FAA administrator in his/her determination of qualification for aircraft registration. I understand that whoever, in any matter within the jurisdiction of any department or agency of the United States, knowingly and willfully falsifies, conceals or covers up (buy any trick, scheme or device) a material fact or who makes any false, misleading or fraudulent statements or representations or entry, may be fined up to $250,000 or imprisoned not more than five (5) years or both (18 U.S.C. Section 1001 and 3571). I

U.S. v. Hughes;
COMPLAINT- 6

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

understand that should I intentionally provide any inaccurate or false information, registration of the subject aircraft may be revoked." A signature of Michelle R. Hughes appears in box 1 underneath the jurat with a sign date of March 14, 2009.

10. The Aircraft Registration Application form was mailed to FAA Aircraft Registration Branch, P.O. Box 25504, Oklahoma City, OK, 73125, on March 15, 2019. The sender's name and address are typed on the envelope as listed as "Ms. Michelle Hughes, 702 South 14 Street, Tacoma, WA, 98495." A Google search revealed this address is a nativity house/homeless shelter. The FAA received and filed the forms on March 20, 2019.

11. I also reviewed Form 8050-1B Department of Transportation – Federal Aviation Administration Aircraft Registration Renewal Application dated October 3, 2018. The form listed J.M. as the registered owner of the aircraft. I also reviewed several other documents from the FAA showing previous owners of the above-mentioned aircraft.

12. On May 15, 2019, I conducted surveillance at the Cove Apartments, 153 SW 332nd Pl, Apt 3106, Federal Way, WA 98023. I did not see any activity at the residence. I then contacted Mia Bowman, Leasing Consultant of the Cove. I showed her a picture of MICHELLE R. HUGHES. Bowman stated MICHELLE R. HUGHES was a current resident of the apartment complex. BOWMAN confirmed MICHELLE R. HUGHES and HUGHES'S wife, Cheryl Saad, live at apartment 3106, 153 SW 332nd Pl, Federal Way, WA 98023. Bowman stated MICHELLE R. HUGHES is assigned car port number 397, located across from the apartment. According to Bowman, MICHELLE R. HUGHES reported owning a 2011 Audi, grey in color, bearing Washington license plates 11490A. I verified that the vehicle was parked in car port 397. Record checks revealed this vehicle is registered to C & C Sales, 153 SW 332nd Pl, Apt 3106, Federal Way, WA 98023.

13. On May 16, 2019, I spoke to Ed Stewart, Manager, Law Enforcement Assistance Program, FAA. Mr. Stewart confirmed that the FAA Aircraft Registry listed

U.S. v. Hughes;
COMPLAINT- 7

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  MICHELLE R. HUGHES as the owner of the above aircraft. Mr. Stewart agreed that the
2  Bill of Sale and Aircraft Registration Application submitted by MICHELLE R. HUGHES
3  were fraudulent. Mr. Stewart acknowledged that the FAA Aircraft Registration takes all
4  documents at face value. FAA Aircraft Registration does not question anything unless
5  the applications are incorrectly completed or contain missing information. Mr. Stewart
6  told me that he has seen other similar cases. After the aircraft is registered on paper, the
7  new (fraudulent) owner then sells the aircraft to an unsuspecting buyer, who pays money
8  but does not receive the anticipated airplane in return. The new (fraudulent) owner then
9  absconds with the money.
10         14.     On May 20, 2019, I observed a post on
11  https://www.aerotrader.com/listing/1981-Piper-SEMINOLE-5007509340. According to
12  its website, "AeroTrader.com is a leading aviation site for buyers and sellers. Aero
13  Trader's inventory includes new and pre-owned airplanes, helicopters, and aviation
14  related products and services. Sellers benefit from an easy online inventory management
15  tool, as well as access to metrics and email reporting. With a trusted network of dealers
16  and private sellers from across the country, Aero Trader is a destination site of aviation
17  enthusiasts." Trader Interactive is the online classifieds marketplace and marketing
18  software solutions provider to commercial and recreational dealers. Anyone can get on
19  the website to create an account to advertise. Its mission is to bring buyers and sellers
20  together.
21         15.     The May 20, 2019 post is as follows: "I own a 1981 Piper PA-44-180T. I
22  have proof of ownership in hand from the FAA. The Plane located at Shelton, WA. The
23  plane is well cared for and want to find it a new home. I can even accept trades,
24  negotiated on the price." The post included the same picture of the aircraft previously
25  sent to me by the FAA. The post contained additional details, including the tail number.
26  The seller was listed as a "Private Seller" in Federal Way, Washington. The seller asked
27  for $125,000.00 to sell the aircraft.
28

U.S. v. Hughes;
COMPLAINT- 8

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

16. I responded to the poster in an undercover capacity. I also provided the poster my telephone number. On the same date, I received an email from Aerorader.com. The email stated, "The Piper is still for sale. What is your offer? We can arrange financing. If I finance directly to you without a lender, the price will be 125,000. I can do down payment of 40,000 and monthly of 2,000. I am in Federal Way. Michelle. Please email me at michelle44450@gmail.com."

17. I also received two text messages from telephone number (253) 241-0723. The first text message asked me to confirm my undercover identity. The second text message stated, "This is Michelle about the 1981 Piper Seminole."

18. Through text messaging, MICHELLE R. HUGHES offered to arrange "co-ownership" of the aircraft with me. When I asked for clarification, MICHELLE R. HUGHES responded "You own 50% and I own the other 50%." When I asked if I could check out the aircraft, MICHELLE R. HUGHES stated, "You can check it out anytime you want to. The door is unlocked. The plane is at Shelton, WA airport. Feel free to fly it to Kent wa airport. My car wont make it to Shelton."

19. On June 8, 2019, MICHELLE R. HUGHES sent the following text message, "I can meet you today because I have a client that has the whole 62,500 to give me today. I know you only wanted to put down 1,000 towards it. Can yo afford to pay 2,500 a month for your part of the plane. I will need to meet you because I need copy of id, proof of address, social security number for the financial part and so it can be put on your credit report. If I don't get something today, I will have to sell to someone else. You can evencome up with several grand. Do you have any collateral to give me that is valued at 62,500. Can you try to raise more than 1,000? Can you borrow from bank or family member?"

20. I conducted a search of telephone number (253) 241 0723 in open source public records databases. Records checked revealed the telephone number was associated with multiple individuals - including MICHELLE R. HUGHES at 153 SW

U.S. v. Hughes;
COMPLAINT- 9

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

332nd Pl, Apt 3106, Federal Way, WA 98023. On the Rental Application, MICHELLE R. HUGHES also listed this number as the main contact telephone number.

21. On May 28, 2019, I interviewed J.M., the owner of the 1981 Piper PA-44-180T. J.M. stated he did not sell his aircraft nor does he intend to sell it. J.M. stated he does not know or associate with MICHELLE R. HUGHES. When I showed J.M. a photograph of MICHELLE R. HUGHES, Mr. McMahon stated he did not recognize MICHELLE R. HUGHES.

22. J.M. stated he did not sign any Aircraft Bill of Sale (FAA Form 8050-2) recently. J.M. stated that his signature did not appear on the Aircraft Bill of Sale that was previously submitted to the FAA by MICHELLE R. HUGHES. J.M. further stated that it was not his signature on the Aircraft Bill of Sale when I showed the document to him. J.M. told me that he signed his name in two different ways and described the signatures. I observed that the signature on the Aircraft Bill of Sale did not appear to be either of the way J.M. described signing his name. In comparison of the signatures, J.M. stated that when he signed his name, the letter "M" of his last name was more pointed and vertical. I observed that the letter "M" of the signature on the above-mentioned Aircraft Bill of Sale was more rounded.

23. J.M. stated he still has custody of the aircraft. He showed me his Aircraft Registration Certificate bearing identification number 353089, issued by the WSDOT. It shows the aircraft was registered on February 18, 2019 with an expiration date of December 31, 2019. Mr. McMahon stated that because of the incident, he put an anti-theft device on his aircraft to protect his property.

**Cessna Citation Mustang Aircraft**

24. On May 29, 2019, I received several emails from A.E., who stated MICHELLE R. HUGHES filed a fraudulent Aircraft Bill of Sale and fraudulent Aircraft Registration Application for his airplane, a Cessna Citation Mustang bearing registration number N102DS and serial number 510-0095. The papers were filed with the FAA Aircraft Registry on May 3, 2019.

U.S. v. Hughes;
COMPLAINT- 10

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

25. Upon reviewing the documents I received from A.E., I learned the following: on April 26, 2019, an Aircraft Bill of Sale, Form Number 8060-2, Federal Aviation Administration - Department of Transportation was filed. On the form, MICHELLE R. HUGHES is listed as the "purchaser" with the address 153 SW 332nd Pl, Apt 3106, Federal Way, WA 98023. A.E. was listed as "seller" of the aircraft. The aircraft was listed as a Cessna 510 bearing registration number N102DS and serial number 510-0095. The purchasing price was listed as $1,500,000.00 USD. The form was received/filed with FAA on May 3, 2019.

26. On the same date, an Aircraft Registration Application, Form Number 8050-1, Federal Aviation Administration - Department of Transportation was filed. On the form, MICHELLE R. HUGHES was listed as the owner of the aircraft Cessna 510, registration number N102DS, serial number 510-0095. MICHELLE R. HUGHES reported an address of 153 SW 332nd Pl, Apt 3106, Federal Way, WA 98023 and a telephone number (206) 479 0256. The form contained the following jurat: "I hereby certify that the information provided herein and in any attachments to the application for aircraft registration is true, accurate and correct to the best of my knowledge and belief. I understand that the information provided by me will be relied on by the FAA administrator in his/her determination of qualification for aircraft registration. I understand that whoever, in any matter within the jurisdiction of any department or agency of the United States, knowingly and willfully falsifies, conceals or covers up (buy any trick, scheme or device) a material fact or who makes any false, misleading or fraudulent statements or representations or entry, may be fined up to $250,000 or imprisoned not more than five (5) years or both (18 U.S.C. Section 1001 and 3571). I understand that should I intentionally provide any inaccurate or false information, registration of the subject aircraft may be revoked." A signature of Michelle R. Hughes appears in box 1 underneath the jurat with a sign date of April 26, 2009.

27. The Bill of Sale and registration form were mailed together to the FAA Aircraft Registration Branch, P.O. Box 25504, Oklahoma City, OK, 73125. The date of

U.S. v. Hughes;
COMPLAINT- 11

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | mailing, per the envelope, is April 29, 2019. The sender's name and contact information
2 | is listed in handwriting on the envelope as "Michelle Hughes, 153 SW 332 Pl, Federal
3 | Way, WA, 98023. It appeared that FAA received and filed the forms on May 3, 2019.
4 |     28. On the same date, I interviewed A.E. via phone about the incident. A.E.
5 | stated he did not sell his aircraft nor does he intend to sell it. A.E. stated he does not
6 | know or associate with MICHELLE R. HUGHES.
7 |     29. A.E. stated he did not sign any Aircraft Bill of Sale (FAA Form 8050-2)
8 | recently. A.E. stated it was not his signature on the Aircraft Bill of Sale. I compared
9 | A.E.'s true signature on other legal documents and the signature on the Aircraft Bill of
10 | Sale. The signatures do not match.
11 |     30. A.E. affirmed that he still has custody of the aircraft. A.E. sent me an email
12 | with a document attachment indicating his aircraft, Cessna 510, registration number
13 | N102DS, serial number 510-0095, was registered on December 9, 2018 with an
14 | expiration date of December 31, 2019. The aircraft is registered with WSDOT under
15 | registration number 349508.
16 |     31. On June 5, 2019, A.E. sent me an email and advised that he received
17 | notification from Miss Jade Hofeldt, an aircraft broker with Jet Aviva. According to
18 | A.E., MICHELLE R. HUGHES contacted Miss Hofeldt and offered to sell Mr.
19 | Enriquez's airplane for $2.5 million dollars. On June 6, 2019, I contacted Miss Jade
20 | Hofeldt, Sales Director of Jet Aviva. According to Miss Hofeldt, she had a buyer who
21 | was interested in buying a Cessna Citation Mustang. Her office, utilizing Steinert
22 | Printing, sent solicitation letters to all Cessna Citation Mustang owners asking if they
23 | were interested in selling their aircraft. Miss Hofeldt stated that her office utilized a
24 | subscription service called "JETNET" to obtain all current owners of the Cessna Citation
25 | Mustang model. "JETNET" provided her current information on aircraft ownership,
26 | owner records, contact information, recent sale activity etc. The information was
27 | obtained from a combination of resources to include broker information, as well as FAA
28 | records.

U.S. v. Hughes;
COMPLAINT- 12

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

32.     According to Miss Hofeldt, on May 30, 2019, her office sent a letter to MICHELLE R. HUGHES, 153 SW 332nd Pl, Apt 3106, Federal Way, WA 98023, because MICHELLE R. HUGHES was the "current owner" of Cessna Citation Mustang registration number N102DS, serial no. 510-0095. Miss Hofeldt provided her email address on the letter. On June 3, 2019, MICHELLE R. HUGHES responded back to Miss Hofeldt via email address michelle44450@gmail.com, "My name is Michelle Hughes and I am willing to sell. I have the Cessna Citation Mustang, N102DS. I am still interested. How soon is the client interested in purchasing it? I can even do a Bill of sale. I like to know how soon will I receive the funds? Do you mail me a check or do a direct deposit? The plane isn't represented by a broker. I am asking for $2.5 million. Sincerely, Michelle Hughes."

33.     On June 9, 2019, Miss Hofeldt sent me an email with two attachments. One attachment was a voicemail in which it appeared that MICHELLE R. HUGHES wanted to sell the Citation Mustang, tail number N102DS. MICHELLE R. HUGHES left a telephone number (253) 241-0723 for Miss Hofeldt to call back. The voicemail was left on Ms. Hofeldt's phone at 12:01 AM on Sunday June 9, 2019.

## CONCLUSION

34.     Based on the above facts, I believe probable cause exists to believe that from on or about February 25, 2019 through May 3, 2019 in the Western District of Washington, MICHELLE R. HUGHES, committed the crimes of False Statements (two counts) and Aggravated Identity Theft (two counts), all in violation of Title 18, United States Code, Sections 1001 (a)(2) and 1028A.

LY TRAN
Special Agent
Homeland Security Investigations

U.S. v. Hughes;
COMPLAINT- 13

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe that the defendant committed the offense set forth in the Complaint.

DATED THIS 12th day of June, 2019.

*[signature]*

BRIAN A. TSUCHIDA
United States Magistrate Judge

U.S. v. Hughes;
COMPLAINT- 14

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970