AO 442 (Rev. 11/11) Arrest Warrant

ATTEST: CERTIFIED TRUE COPY
WILLIAM M. McCOOL
Clerk, U.S. District Court
Western District of Washington
By Emily Neis
Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| United States of America<br>v.<br><br>MICHELLE R. HUGHES<br>*Defendant* | Case No. MJ19-256<br><br>____ FILED    ____ ENTERED<br>____ LODGED    ____ RECEIVED<br><br>JUN 14 2019  GT<br><br>AT SEATTLE<br>CLERK U.S. DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>BY _____ DEPUTY |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MICHELLE R. HUGHES,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1001 False Statements
18 U.S.C. 1028A Aggravated Identity Theft

Date: 06/12/2019

*Issuing officer's signature*

City and state:  SEATTLE, WASHINGTON          BRIAN A. TSUCHIDA, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 6/12/2019, and the person was arrested on *(date)* 6/12/2019
at *(city and state)* _____.

Date: 6/13/2019

*Arresting officer's signature*

Ly Tran, Special Agent
*Printed name and title*