# DECLARATION OF MICHELLE HUGHES

I, Michelle Hughes, hereby declare:

1) I previously had a passport
2) I do not know where my passport is.
3) I have tried to locate it and cannot.
4) I believe the passport is permanently lost.

I certify under penalty of perjury under the laws of Washington and the United States that the foregoing is true and correct.

Dated this 11th day of July, 2019, in Seattle, Washington

_____
Michelle Hughes