UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-124RSM |
| Plaintiff, | |
| v. | UNOPPOSED SECOND MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATES |
| MICHELLE RENEE HUGHES, | |
| Defendant. | |

Michelle Hughes, through Assistant Federal Public Defender Corey Endo, respectfully requests a continuance of the trial date to May 4, 2020, and the pretrial motions deadline to April 2, 2020. Assistant United States Attorney Angelica Williams has no objection to this request.

This motion is made for the following reasons.

Michelle Hughes was first charged by Complaint with two counts of False Statements and two counts of Aggravated Identity Theft. Magistrate Judge Peterson released Michelle Hughes on June 17, 2019, on an appearance bond.

The Grand Jury then returned an Indictment charging Michelle Hughes with two counts of Mail Fraud, four counts of False Statements, and two counts of Aggravated Identity Theft. The Aggravated Identity Theft counts carry a mandatory minimum penalty of two years. Michelle Hughes was arraigned on July 11, 2019, and the Court scheduled trial for September 3, 2019, with pretrial motions due by August 1, 2019.

UNOPPOSED SECOND MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATES
(*Michelle Hughes*, CR19-124-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Michelle Hughes then filed an unopposed motion to continue trial, which this Court granted. Trial is currently set for January 13, 2020.

Defense counsel has been working to help Hughes understand the discovery, the legal framework for the charges, what a trial would entail, and the sentencing process. Some of the discovery is protected, which makes the discovery review process slower. Hughes has many concerns about the process, ideas Hughes would like to discuss, and some mental health issues, all of which make the process a particularly slow one. In addition, some of the concerns raised by Hughes necessitate research and/or investigation.

For these reasons, the defense requests the Court find that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) the additional time requested between the current trial date of January 13, 2020, and the new trial date is necessary to provide counsel for the defendant

UNOPPOSED SECOND MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATES
(*Michelle Hughes*, CR19-124-RSM) - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

reasonable time to prepare for trial considering counsel's schedule and all of the facts set forth above.

Counsel has spoken with Hughes, and Hughes agrees that a continuance is necessary. Hughes has also agreed to execute a speedy trial waiver, and counsel will file that signed waiver as soon as it is received.

Therefore, counsel respectfully requests a continuance of the trial date to May 4, 2020, and the pretrial motions deadline to April 2, 2020. Counsel further asks the Court to exclude the time period from the date of the Court's order to the new trial date for purposes of computing the time limitations imposed by the Speedy Trial Act.

DATED this 5th day of December 2019.

Respectfully submitted,

s/ *Corey Endo*
Assistant Federal Public Defender
Attorney for Michelle Hughes

UNOPPOSED SECOND MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATES
(*Michelle Hughes*, CR19-124-RSM) - 3

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

# CERTIFICATE OF SERVICE

I certify that on December 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

s/ *Suzie Strait*
Paralegal

UNOPPOSED SECOND MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATES
(*Michelle Hughes*, CR19-124-RSM) - 4

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**