# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHELLE RENEE HUGHES,<br><br>Defendant. | CASE NO. CR19-124RSM<br><br>**ORDER CONTINUING TRIAL DATE PURSUANT TO GENERAL ORDER 02-20** |

Pursuant to General Order 02-20 re Court Operations Under the Exigent Circumstances Created by COVID-19 and Related Coronavirus, the trial date in this case is continued from May 4, 2020 to June 15, 2020.  Pretrial motions are due by May 7, 2020.

Given the findings of General Order 02-20, the period of delay from the date of this order to the new trial date is excludable time under the Speedy Trial Act, as the Court specifically finds that the ends of justice served by ordering the continuance outweigh the best interests of the public and any defendant's right to a speedy trial, pursuant to 18 U.S.C. §3161(h)(7)(A).

DATED this 23rd day of March, 2020.

     RICARDO S. MARTINEZ
     CHIEF UNITED STATES DISTRICT JUDGE