1           CHIEF JUDGE RICARDO S. MARTINEZ

2

3

4                       UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
5                               AT SEATTLE

6
    UNITED STATES OF AMERICA,              )   No. CR19-124RSM
7                                          )
                        Plaintiff,         )
8                                          )   ORDER GRANTING
                 v.                        )   STIPULATED MOTION TO PROCEED
9                                          )   WITH GUILTY PLEA BY VIDEO OR
    MICHELLE RENEE HUGHES,                 )   TELEPHONIC HEARING
10                                         )
                        Defendant.         )
11  _____       )

12          THE COURT has considered Michelle Hughes's stipulated motion to proceed

13  with guilty plea hearing by video or telephonic hearing, along with all the records and

14  files in this case.

15          THE COURT FINDS that a video or telephonic guilty plea hearing should take

16  place as soon as practical because further delays in this case would cause "serious harm

17  to the interests of justice." *See* General Order No. 04-20 (3/30/20).

18          THE COURT ORDERS that a guilty plea hearing be scheduled by

19  teleconference on Thursday, April 30, 2020.

20          DONE this 17th day of April 2020.

21

22                                         _____
                                           RICARDO S. MARTINEZ
23                                         UNITED STATES DISTRICT JUDGE

24  Presented by:

25  s/ *Corey Endo*
    Assistant Federal Public Defender
26  Attorney for Michelle Hughes

    ORDER TO PROCEED WITH GUILTY PLEA              **FEDERAL PUBLIC DEFENDER**
    BY VIDEO OR TELEPHONIC HEARING                 **1601 Fifth Avenue, Suite 700**
    (*Michelle Hughes*, CR19-124-RSM) - 1          **Seattle, Washington 98101**
                                                   **(206) 553-1100**