CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-124RSM |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH SENTENCING HEARING BY VIDEO CONFERENCING |
| MICHELLE RENEE HUGHES, | |
| Defendant. | |

THE COURT has considered Michelle Hughes's unopposed motion to proceed with a sentencing hearing by video conferencing, along with all the records and files in this case.

THE COURT FINDS that a video sentencing hearing should take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice." *See* General Order No. 04-20 (3/30/20).

THE COURT ORDERS that a sentencing hearing be scheduled by videoconference on November 19, 2020.

DONE this 9th day of November 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Corey Endo*
Assistant Federal Public Defender
Attorney for Michelle Hughes

ORDER TO PROCEED WITH SENTENCING
HEARING BY VIDEOCONFERENCE
(*Michelle Hughes*, CR19-124-RSM) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**